UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Frank DelRosso | § | |
| | § | |
| *versus* | § | Civil Action 4:19–cv–03007 |
| | § | |
| Lorie Davis | § | |

# NOTICE OF DEFICIENT PLEADING

     The court has received pleading(s) from the petitioner but finds the pleading(s) deficient. To correct the deficient pleading(s), within 30 days of the date of this notice, the petitioner must comply with the following instruction(s). **Title the filing *Compliance*.**

     Pay a fee of $5.00 **or** provide an application to proceed in forma pauperis. The applicant is instructed to attach a certified copy of his inmate trust fund account history containing the deposits and monthly balances for the six month period preceding the filing of this lawsuit. The applicant is advised to request a certified copy of his trust account from the unit law librarian.

     Complete the attached form(s) and provide the original(s) to the court.

**If the petitioner fails to comply on time, the court may dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

Date: August 23, 2019.

By Deputy Clerk<br>David J. Bradley, Clerk